AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 MAY -3  AM 9: 17

CLERK-LAS CRUCES

| | |
|---|---|
| United States of America<br>v.<br><br>Marvin Geovanni VELAZQUEZ-Evo<br><br>*Defendant(s)* | )<br>)<br>)  Case No:  18mj1528<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.  On or about the date of May 01, 2018 in the county of Dona Ana in the State and District of New Mexico, the defendant violated 8 U.S.C. §1326(a)(1)/(b)(1)(Re-Entry After Deport Felon), an offense described as follows:

an alien, who had been previously arrested and deported from the United States, subsequent to being convicted of a felony, to wit: Domestic Battery, and who had not received the consent of the appropriate authority of the United States to reapply for admission into the United States, was found in the United States, in the State and District of New Mexico, being willfully in the United States unlawfully

This criminal complaint is based on these facts:
On May 1, 2018, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. The Agent questioned the Defendant as to his citizenship to which the Defendant stated that he was a citizen and national of Honduras present in the United States without Immigration Documents that would allow him to be or remain in the United States legally. Processing at the Santa Teresa Station revealed that the Defendant had been previously deported to Honduras via Phoenix, Arizona on or about March 7, 2018. This was subsequent to a felony conviction for "Domestic Battery" in the state of Las Vegas, Nevada on or about November 14, 2017. There is no evidence that the Defendant received permission from the Appropriate Authority to reapply for admission into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Juan Romero  Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 3, 2018

*Judge's signature*

STEPHAN M. VIDMAR
U.S. MAGISTRATE JUDGE

City and state: Las Cruces, N.M.

*Printed name and title*